IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>DAVID NUTTER, )<br>)<br>Defendant. )<br>) | Case No. 08-CR-17 |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, as a result of the Court's finding that the defendant's mental condition has degenerated and will continue to degenerate, so that there is no chance that his condition ever will improve sufficiently to be sentenced, the Acting United States Attorney for the Western District of Wisconsin hereby dismisses the indictment against defendant David Nutter, without prejudice.

Dated this 24th day of November 2009.

Respectfully submitted,

STEPHEN P. SINNOTT
Acting United States Attorney

By:   /s/

JOHN W. VAUDREUIL
Assistant U. S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

HONORABLE BARBARA B. CRABB
Chief United States District Judge

Dated: November 24, 2009